HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAMES N. LINDSTROM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-MJ-00019 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CLARIFYING PROBATION CONDITION** |
| JAMES N. LINDSTROM, | Judge: Hon. Jeremy D. Peterson |
| Defendant. | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, James N. Lindstrom, that condition no. 5 of the conditions of probation contained in the judgment filed April 19, 2019, may be amended as follows:

    5.    The defendant shall complete the *three month* first time DUI offender program *recognized by* the California Department of Motor Vehicles.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

This stipulation arises because the program Mr. Lindstrom has contacted requires confirmation of the length of the program he is required to complete. Programs for California drivers are licensed by the Department of Health Care Services – these are the programs DMV recognizes as a condition to restoring or maintaining driving privileges – and the typical first offender program used in California is the three-month (30 hour) program..

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 21, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAMES N. LINDSTROM

McGREGOR SCOTT
United States Attorney

Dated: June 21, 2019  /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

Condition 5 of the probation conditions is amended: "The defendant shall complete the three month first time DUI offender program recognized by the California Department of Motor Vehicles."

IT IS SO ORDERED.

Dated: July 2, 2019

UNITED STATES MAGISTRATE JUDGE